# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN MCDANIELS, | ) |
| Plaintiff, | ) ) ) Case No. 1:23-cv-01149-GBW |
| v. | ) ) ) |
| NEXTGEN HEALTHCARE, INC., JEFFREY H. MARGOLIS, CRAIG A. BARBAROSH, GEORGE H. BRISTOL, DARNELL DENT, JULIE D. KLAPSTEIN, GERALDINE MCGINTY, MORRIS PANNER, PAMELA S. PURYEAR, and DAVID SIDES, | ) ) ) JURY TRIAL DEMANDED ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: November 30, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*